UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| WALTER DERRICO, | ) | CASE NO: 1:17CV866 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | JONATHAN D. GREENBERG |
| TORRIS MOORE, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | **ORDER** |
| | ) | |

This case is before the Court upon consent of the parties, entered June 30, 2017. (Doc. No. 12.)

On December 7, 2017, this Court granted the parties' Joint Motion to Stay to allow Plaintiff to pursue relief before the Ohio Court of Claims. (Doc. No. 23.) The stay was granted on the condition, however, that Plaintiff (1) initiate proceedings in state court within thirty (30) days of this Order; and (2) file monthly status reports in this Court regarding the progress of his state court proceedings, with the first status report to be filed no later than thirty (30) days from the date of this Order. (*Id.*)

Pursuant to the above Order, Plaintiff filed Monthly Status Reports on January 12, 2018 (Doc. No. 24) and February 12, 2018 (Doc. No. 25.) Plaintiff's next Monthly Status Report was due on March 12, 2018 but not filed until over two weeks later, on March 30, 2018. (Doc. No.

26.)

Plaintiff's next status report was due on April 30, 2018. The docket reflects Plaintiff failed to file his Monthly Status Report or seek an extension of time within which to do so.

**Plaintiff is directed to file his Monthly Status Report by no later than Wednesday, May 2, 2018 or SHOW CAUSE why this matter should not be dismissed for failure to comply with this Court's Order**.

**IT IS SO ORDERED.**

Date: May 1, 2018                                      *s/ Jonathan D. Greenberg*
                                                                    Jonathan D. Greenberg
                                                                    U.S. Magistrate Judge