# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO,
## EASTERN DIVISION

| | |
|---|---|
| **WALTER DERRICO,** | CASE NO.: 1:17-CV-866 |
| Plaintiff, | JUDGE: PATRICIA A. GAUGHAN |
| v. | MAGISTRATE JUDGE |
| | JONATHAN D. GREENBERG |
| **TORRIS MOORE,** *et al.*, | |
| Defendants. | |

## NOTICE OF DISMISSAL

NOW Comes, Defendant, the City of East Cleveland, by and through its undersigned attorney of record, and pursuant to Fed.R. Civ.P. 41(a)(2) hereby gives notice of the dismissal of its crossclaims as against Defendants Torris Moore, Antonio Malone and Eric Jones with prejudice.

Respectfully submitted,

/s/ *Willa M. Hemmons*
Willa M. Hemmons (0041790)
Director of Law
City of East Cleveland
14340 Euclid Avenue
East Cleveland, Ohio 44112
whemmons@eastcleveland.org
Counsel for City of East Cleveland

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of its *Notice of Dismissal* was electronically filed with the Court on this 2nd day of July, 2019; and that by operation of this Court's electronic notification system a copy thereof is made available to all registered parties. The undersigned further certifies that a true and accurate copy of of its *Notice of Dismissal* was electronically filed with the Court on this 2nd day of July, 2019 sent via first class regular U.S. mail to:

| Cross-Claim Defendant Torris Moore at:<br><br>TORRIS MOORE (61296-060)<br>FMC CARSWELL<br>FEDERAL MEDICAL CENTER<br>P.O. BOX 27137<br>FORT WORTH, TX  76127 | Cross-Claim Defendant Antonio Malone at:<br><br>ANTONIO MALONE (61336-060)<br>FCI BENNETTSVILLE FEDERAL CORRECTIONAL INSTITUTION<br>P.O. BOX 52020<br>BENNETTSVILLE, SC 29512 | Cross-Claim Defendant Eric Jones at:<br><br>ERIC JONES (61337-060)<br>FMC DEVENS<br>FEDERAL MEDICAL CENTER<br>P.O. BOX 879<br>AYER, MA 01432 |
|---|---|---|
|  |  |  |

Respectfully submitted,

*/s/ Willa M. Hemmons*
Willa M. Hemmons (0041790)
Director of Law
City of East Cleveland
14340 Euclid Avenue
East Cleveland, Ohio 44112

Attorney Defendants/Cross-Claim Plaintiffs, the City of East Cleveland